NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KEON POLEN, | : | Civil Docket No. 11-702 (FSH) |
| Plaintiff, | : | |
| v. | : | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
| ROMAN SECURITY, | : | |
| Defendant. | : | |

**HOCHBERG, District Judge:**

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

**IT IS**, on this 14th day of February,

**ORDERED** that the application is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint; and it is further

**ORDERE**D that the Clerk of the Court issue summons and the United States Marshal serve a copy of the Complaint, summons and this order upon the Defendant as directed by the Plaintiff.  All costs of service shall be advanced by the United States.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**